AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00007 |
| | ) Assigned to: Judge G. Michael Harvey |
| MARK LEFFINGWELL | ) Assign Date: 1/7/2021 |
| DOB: xx/xx/xxxx - PDID: xxx-xxx | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 115 (a)(1)(A) | Assault on a Federal Law Enforcement Officer |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Amendola, Officer
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____01/07/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____    G. MICHAEL HARVEY, U.S. Magistrate Judge
_____
*Printed name and title*

Print    Save As...    Attach    Reset