AO 442 (Rev 11/11) Arrest Warrant

FID 11221295

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC PM 1:20
RECEIVED JAN 7 '21

for the

District of Columbia

United States of America
v.
MARK LEFFINGWELL

)
)
)
)
)
)
)

Case: 1:21-mj-00007
Assigned to: Judge G. Michael Harvey
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARK LEFFINGWELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 115 (a)(1)(A)- Assault on a Federal Law Enforcement Officer

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/07/2021

Digitally signed by G. Michael Harvey
Date: 2021.01.07 12:51:23 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/7/2021, and the person was ~~arrested~~ Received on *(date)* 1/7/2021
at *(city and state)* Washington DC

Date:   1/7/2021

~~Arresting~~ Receiving officer's signature

Christopher Schuessler, DUSM
*Printed name and title*